UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bowe v. Monsanto Co.*,<br>Case No. 3:22-cv-01229-VC<br><br>*Coressel v. Monsanto Co.*,<br>Case No. 3:20-cv-03720-VC<br><br>*Doran v. Monsanto Co.*,<br>Case No. 3:20-cv-02650-VC<br><br>*Elimes et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-05345-VC<br><br>*Hayden et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-05600-VC<br><br>*Lopez v. Monsanto Company*,<br>Case No. 3:20-cv-05888-VC<br><br>*Rodgers v. Monsanto Co.*,<br>Case No. 3:21-cv-03297-VC<br><br>*Rowland v. Monsanto Co.*,<br>Case No. 3:19-cv-05310-VC<br><br>*Setzer et al. v. Monsanto Co.*,<br>Case No. 3:17-cv-03448-VC<br><br>*Sorrell et al. v. Monsanto Company*,<br>Case No. 3:22-cv-05287-VC | **ORDER DENYING MOTIONS FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. Nos. 20448, 20458, 20472, 20482, 20488, 20492, 20519 |

*Thompson et al. v. Monsanto Company*,
Case No. 3:20-cv-08851-VC

*Yoder v. Monsanto Co.*,
Case No. 3:22-cv-03140-VC

The motions for leave to file motion for reconsideration in the above member cases are denied.

**IT IS SO ORDERED.**

Dated: May 16, 2025

_____
VINCE CHHABRIA
United States District Judge